# UNITED STATES DISTRICT COURT
## Northern District of California

UNITED STATES OF AMERICA,

        Plaintiff(s),

  v.

JAN BISHOP,

        Defendant(s).

_____/

No. C 09-04615 MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a case management conference on January 7, 2009 at 10:00 a.m. However, as Defendant Jan Bishop has not made any appearance, and there is a pending Order to Show Cause hearing on January 14, 2009, the Court hereby VACATES the January 7 c.m.c. Should it be necessary, the Court shall reschedule the c.m.c after resolution of the order to show cause.

**IT IS SO ORDERED.**

Dated: December 16, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge