1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4   UNITED STATES OF AMERICA

5          Plaintiff(s),                          No. 09-04615 MEJ

6      v.                                         **NOTICE OF CONTINUANCE**

7   JAN BISHOP

8          Defendant(s).
    _____/
9

10  TO ALL PARTIES AND COUNSEL OF RECORD:

11      You are hereby notified that the Order to Show Cause hearing (Dkt. #5), scheduled

12  to take place on January 14, 2010 at 10:00 a.m. has been continued to January 21, 2010 at

13  10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco,

14  California 94102.  Plaintiff shall serve this notice on all other parties.

15

16  Dated:  January 7, 2010

                                              _____
17                                            Brenda Tolbert, Courtroom Deputy to
                                              Maria-Elena James,
18                                            Chief United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28