*E-Filed 03/25/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and WAI HUNG LO, Revenue Agent, | No. C 09-04615 RS |
| Petitioners, | **ORDER TO SHOW CAUSE** |
| v. | |
| JAN BISHOP, | |
| Respondent. | |

Petitioners now seek enforcement of a summons allegedly served upon respondent in June of 2009, adoption of Magistrate Judge James' January 19, 2010 Report and Recommendation imposing a compliance deadline of April 30, 2010, and dismissal of the case without prejudice. Prior to reassignment to Judge Seeborg, Judge Hamilton scheduled an order to show cause hearing on April 7, 2010 with a response deadline of March 17, 2010. The April 7 deadline was vacated by a March 18, 2010 reassignment order.

On or before **April 15, 2010**, respondent shall file and serve a written response, supported by appropriate affidavits or declarations, to show cause, if any, why she should not be compelled to comply with the summons served upon her on June 18, 2009. If a response is not filed by that date, the parties are ordered to appear on **May 6, 2010 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of

No. C 09-04615 RS
ORDER TO SHOW CAUSE

the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California and show cause why the relief prayed for by petitioners should not be granted.

Petitioners are directed to serve a copy of this ORDER promptly on respondent in accordance with Fed. R. Civ. P. 5.

IT IS SO ORDERED.

Dated: 03/25/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-04615 RS

ORDER TO SHOW CAUSE

2