1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   MARY LEE GAINES,                    )    No. C 10-4615 JSW (PR)
                                         )
11              Plaintiff,               )    **ORDER GRANTING**
                                         )    **EXTENSION OF TIME**
12        vs.                            )
                                         )
13   COUNTY OF CONTRA COSTA, et al.,     )
                                         )    **(Docket No. 4)**
14              Defendants.              )
     _____)
15
16        Good cause appearing, Plaintiff's request for an extension of time, to and

17   including December 13, 2010, in which to either pay the filing fee file a completed in

18   forma pauperis application, including the required certificate of funds and trust account

19   statement, is GRANTED (docket number 4).  Failure to do so within the allotted time

20   will result in the dismissal of this action without prejudice.  *See* Fed. R. Civ. P. 41(b).

21        IT IS SO ORDERED.

22   DATED: November 30, 2010

23                                        JEFFREY S. WHITE
                                          United States District Judge
24
25
26
27
28

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6
MARY LEE GAINES,                                    Case Number: CV10-04615 JSW

7
                    Plaintiff,                      **CERTIFICATE OF SERVICE**

8
      v.

9
CONTRA COSTA COUNTY et al,

10
                    Defendant.
                                        /

11

12
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

13
That on November 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing

14
said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office

15
delivery receptacle located in the Clerk's office.

16

17

18
Mary Lee Gaines
WA2486
P.O. Box 92

19
Chowchilla, CA 93610

20
Dated: November 30, 2010

21
                                        Richard W. Wieking, Clerk
                                        By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28